■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE WOOD, Appellant.— MEMORANDUM BY THE COURT. Defendant's allegations with respect to his interrogation without counsel are insufficient to entitle him to a hearing upon his application in the nature of a writ of error *coram nobis,* particularly so in the light of the subsequent proceedings in the action. (*People* v. *Howard,* 12 N Y 2d 65.) Neither do his papers indicate any facts respecting his confession and his subsequent plea of guilty to a reduced charge which would remove the case from the ambit of the rule applied in *People* v. *Nicholson* (11 N Y 2d 1067, cert. den. 371 U. S. 929). Likewise insufficient to require a hearing are his allegations in respect of the court's choice of counsel (*People* v. *Brabson,* 9 N Y 2d 173, 180–181, cert. den. 366 U. S. 930, 369 U. S. 879) and in respect of the supposed inadequacy of the representation afforded him (*People* v. *Weires,* 10 N Y 2d 1017, cert. den. 370 U. S. 954). Order affirmed. Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.